UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA SNIDER,

      Plaintiff,

vs.

      Case No. 23-CV-10304
      HON. GEORGE CARAM STEEH

SMALLINSKIE, et al,

      Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
(ECF No. 20) AND DISMISSING PLAINTIFF'S COMPLAINT

    Plaintiff Joshua Snider, *pro se*, brought this civil rights case pursuant to 42 U.S.C. § 1983 against Officer Smallinskie, Lieutenant Williams, and Sargent Wazner (collectively, "Defendants"). Plaintiff alleges that while he was in the custody of the Washtenaw County Jail, Defendants discriminated against and punished him for being transgender, in violation of his rights under the Eighth and Fourteenth Amendments. This matter is before the Court on the Report and Recommendation (ECF No. 20) filed by the Magistrate Judge recommending that Plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with an order requiring him to notify the Court of any address

change. Plaintiff did not file timely objections to the Report and Recommendation.

This Court agrees with and adopts the thorough analysis conducted and recommendation made by the Magistrate Judge. Now, therefore, for the reasons provided by the Magistrate Judge, the recommendation to *sua sponte* dismiss the case pursuant to Fed. R. Civ. P. 41(b) is adopted as an order of the Court.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 20) is adopted by the Court.

IT IS HEREBY FURTHER ORDERED that Plaintiff's complaint and his claims against Defendants are DISMISSED WITH PREJUDICE.

Dated:   October 26, 2023

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 26, 2023, by electronic and/or ordinary mail and also on Joshua Snider, 2201 Hogback Rd., Ann Arbor, MI 48105.

s/Michael Lang
Deputy Clerk